June 30, 2006

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042
Mr. Gordon Stewart
6044 Gateway East, Suite 301
El Paso, TX 79905

RE: Case Number: 04-0666
 Court of Appeals Number: 08-02-00049-CV
 Trial Court Number: 96-151

Style: LORAM MAINTENANCE OF WAY, INC.
 v.
 DAVID IANNI

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise Pacheco |
| |Honorable Stephen B. |
| |Ables |
| |Mr. Gilbert Sanchez |
| |Ms. Kathleen Cassidy |
| |Goodman |